UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL C. S.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. EDCV 20-1148-AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed for the period beginning August 29, 2014 and this matter is remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: July 1, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　United States Magistrate Judge